1                                                                                              JS-6

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | RICK REISMAN, an individual, | Case No. 15-cv-01786-AB-JEM |
|----|------------------------------|------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | [~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| 14 | WELLS FARGO, N.A., an entity of unknown formation, doing business in California; DOES 1-10, | |
| 15 | | |
| 16 | Defendant. | [Complaint Filed:  January 29, 2015] |

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:437269521.1

## ORDER

Pursuant to the Joint Stipulation to Dismiss Entire Action with Prejudice filed by the Parties on May 7, 2015, and good cause appearing, the Court hereby approves the Joint Stipulation and dismisses this action, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: May 8, 2015         By:_____
                                             THE HON. ANDRÉ BIROTTE JR.
                                             UNITED STATES DISTRICT COURT

. SMRH:437269521.1                    -1-